In the Matter of the Petition of Joseph P. Walsh, a Taxpayer, Respondent, Permitting Him to Make Inspection of Records in the Borough Hall of the Borough of Richmond, City and State of New York. George W. Allison, as Commissioner of Public Works, and Herman Ordeman, as Consulting Engineer of the Borough of Richmond, City of New York, Appellants.— The petitioner sought an inspection and examination of certain maps and records in the office of the commissioner of public works and the consulting engineer in the borough of Richmond, pursuant to the provisions of section 894 of the New York City Charter. Order granting such inspection and examination affirmed, with ten dollars costs and disbursements; the examination to be at the place and during the hours specified in the order on five days' notice. Lazansky, P. J., Carswell, Davis, Adel and Close, JJ., concur.

Edward W. Kuhrt, Jr., an Infant, by Edward W. Kuhrt, His Guardian ad Litem, Appellant, v. Stephen Kiss, Respondent.— The action is by an infant against a physician and surgeon to recover damages for injuries alleged to have been sustained through the negligence of defendant at the time he was operating upon the plaintiff for the removal of his tonsils. The court dismissed the complaint at the close of plaintiff's case. Judgment reversed on the law and a new trial granted, with costs to appellant to abide the event. In our opinion plaintiff established a *prima facie* case. Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ., concur.

William Loevenich, as Administrator, etc., of Richard Berns, Deceased, Respondent, v. Henry Bachmann, Appellant.— Resettled order dismissing complaint, with leave to plaintiff to serve an amended complaint, affirmed, with ten dollars costs and disbursements. The amended complaint may be served within ten days from the entry of the order hereon. No opinion. The original order was superseded by the order resettling it and the appeal from it is dismissed. Lazansky, P. J., Davis, Johnston, Adel and Close, JJ., concur.